**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| KEVIN BRADLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OPEN LENDING CORPORATION, CHARLES D. JEHL, KEITH A. JEZEK, and JOHN J. FLYNN,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 1:25-cv-00650-DAE |

**ORDER GRANTING THE AGREED MOTION EXTENDING TIME**
**TO RESPOND TO THE COMPLAINT**

The Court has considered the Agreed Motion Extending Time to Respond to the Complaint ("Motion") filed by Plaintiff Kevin Bradley ("Plaintiff") and Defendants Open Lending Corporation, Charles D. Jehl, Keith A. Jezek, and John J. Flynn ("Defendants" and together with Plaintiff, the "Parties"). After considering the Motion, and for good cause shown, the Court finds that the Motion should be and is hereby **GRANTED**.

1.      Defendants shall not be required to answer or otherwise respond to the Complaint, and hereby are expressly relieved from answering or otherwise responding to the Complaint until such time as is set forth below.

2.      Within ten days of the entry of an order appointing lead plaintiff(s) in the above-captioned action (or a consolidated action encompassing the above-captioned action), the Parties will submit for the Court's approval a revised schedule for filing any consolidated and/or amended complaint and Defendants' response to the operative complaint for the Court's consideration.

3.      Jones Day hereby accepts service on behalf of all Defendants in the above-captioned action, without waiving any defenses that may be available to them, including, but not limited to, lack of personal jurisdiction.

**SO ORDERED:**

Dated: _____June 25___, 2025.

_____

David Alan Ezra
Senior United States District Judge

-2-