**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| **KEVIN BRADLEY, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**OPEN LENDING CORPORATION, CHARLES D. JEHL, KEITH A. JEZEK, and JOHN J. FLYNN,**<br><br>**Defendants.** | **Case No. 1:25-cv-00650**<br><br>**CLASS ACTION** |

**DECLARATION OF K. B. BATTAGLINI IN SUPPORT OF THE MOTION OF LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, K. B. Battaglini, declare as follows:

1.      I am a member in good standing of the State Bar of Texas and of this Court. I am a partner at the law firm Forman Watkins & Krutz LLP.

2.      I submit this declaration in support of the Motion of Laborers' District Council and Contractors' Pension Fund of Ohio ("Ohio Laborers") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

3.      True and correct copies of the following documents are attached as exhibits:

Exhibit A:      Certification of Ohio Laborers;

Exhibit B:      Chart setting forth calculations of Ohio Laborers' losses;

Exhibit C:      Notice of pendency of *Bradley v. Open Lending Corporation, et al.*, Case No. 1:25-cv-00650, published on Business Wire on May 1, 2025;

Exhibit D:      Cohen Milstein Sellers & Toll PLLC's firm resume; and

Exhibit E:      Forman Watkins & Krutz LLP's firm resume.

4.      I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge.

Executed this 30th day of June, 2025.                    Respectfully submitted,


/s/ *K. B. Battaglini*
K. B. Battaglini, Texas Bar No. 01918060
FORMAN WATKINS & KRUTZ LLP
4900 Woodway Drive, Suite 940
Houston, Texas 77056
713.210.4371 direct
kb.battaglini@formanwatkins.com