# Exhibit A

**CERTIFICATION OF MATT ARCHER IN SUPPORT OF LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO'S MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL**

Laborers' District Council and Contractors' Pension Fund of Ohio ("Ohio Laborers") declares as to the claims asserted under the federal securities laws, that:

1.     I, Matt Archer, Administrative Manager at Ohio Laborers, am authorized to make legal decisions on behalf of Ohio Laborers with regard to this action.

2.     Ohio Laborers did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3.     Ohio Laborers is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4.     During the Class Period (as defined in the Complaint), Ohio Laborers purchased and/or sold the securities that are the subject of the Complaint as set forth on the attached Schedule A.

5.     Ohio Laborers has full power and authority to bring suit to recover for its investment losses.

6.     Ohio Laborers has fully reviewed the facts and allegations of a complaint filed in this action.

7.     Ohio Laborers has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

8.     Ohio Laborers intends to actively monitor and vigorously pursue this action for the benefit of the Class.

9.     Ohio Laborers will strive to provide fair and adequate representation and work directly with Class counsel to obtain the largest recovery for the Class consistent with good faith and meritorious judgment.

10.    Ohio Laborers was not appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

11.    Ohio Laborers sought to serve (but was not appointed or not yet appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following case:

       a.  *Zagami v. Wolfspeed, Inc. et al.*, No. 6:24-cv-01395 (N.D.N.Y.)

12.     Ohio Laborers will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 27ᵗʰ day of June, 2025.

**Laborers' District Council and Contractors' Pension Fund of Ohio**

By: _____

Matt Archer
Administrative Manager

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 3/14/2022 | Purchase | 35 | 17.35 |
| 3/14/2022 | Purchase | 175 | 17.26 |
| 4/5/2022 | Purchase | 130 | 17.72 |
| 4/6/2022 | Purchase | 71 | 17.28 |
| 4/6/2022 | Purchase | 8 | 17.21 |
| 4/6/2022 | Purchase | 41 | 17.15 |
| 4/7/2022 | Purchase | 26 | 16.91 |
| 4/7/2022 | Purchase | 51 | 17.00 |
| 4/7/2022 | Purchase | 63 | 16.95 |
| 4/13/2022 | Purchase | 192 | 16.27 |
| 4/13/2022 | Purchase | 78 | 16.09 |
| 4/14/2022 | Purchase | 23 | 15.57 |
| 4/14/2022 | Purchase | 60 | 15.79 |
| 4/14/2022 | Purchase | 57 | 15.67 |
| 4/20/2022 | Purchase | 160 | 15.11 |
| 4/26/2022 | Purchase | 29 | 13.74 |
| 4/26/2022 | Purchase | 153 | 13.79 |
| 4/26/2022 | Purchase | 28 | 13.76 |
| 4/29/2022 | Purchase | 149 | 13.76 |
| 4/29/2022 | Purchase | 11 | 13.68 |
| 5/4/2022 | Purchase | 60 | 14.56 |
| 5/4/2022 | Purchase | 20 | 14.82 |
| 5/5/2022 | Purchase | 150 | 14.03 |
| 5/6/2022 | Purchase | 17 | 13.82 |
| 5/6/2022 | Purchase | 12 | 14.08 |
| 5/6/2022 | Purchase | 111 | 14.20 |
| 6/28/2022 | Purchase | 200 | 10.61 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 6/28/2022 | Purchase | 20 | 10.61 |
| 6/29/2022 | Purchase | 141 | 10.69 |
| 6/29/2022 | Purchase | 42 | 10.66 |
| 6/29/2022 | Purchase | 3 | 10.65 |
| 6/30/2022 | Purchase | 20 | 10.20 |
| 6/30/2022 | Purchase | 73 | 10.25 |
| 7/1/2022 | Purchase | 87 | 10.55 |
| 7/1/2022 | Purchase | 4 | 10.68 |
| 7/5/2022 | Purchase | 298 | 10.60 |
| 7/5/2022 | Purchase | 26 | 10.56 |
| 7/5/2022 | Purchase | 26 | 10.72 |
| 7/7/2022 | Purchase | 92 | 10.46 |
| 7/7/2022 | Purchase | 278 | 10.47 |
| 7/8/2022 | Purchase | 10 | 9.90 |
| 7/8/2022 | Purchase | 41 | 9.91 |
| 7/8/2022 | Purchase | 159 | 9.97 |
| 7/11/2022 | Purchase | 11 | 9.51 |
| 7/11/2022 | Purchase | 128 | 9.53 |
| 7/11/2022 | Purchase | 81 | 9.56 |
| 7/13/2022 | Purchase | 177 | 9.38 |
| 7/13/2022 | Purchase | 223 | 9.72 |
| 7/25/2022 | Purchase | 68 | 10.20 |
| 7/25/2022 | Purchase | 218 | 10.11 |
| 7/26/2022 | Purchase | 131 | 10.10 |
| 7/26/2022 | Purchase | 103 | 10.10 |
| 8/5/2022 | Purchase | 7 | 10.69 |
| 8/5/2022 | Purchase | 182 | 10.85 |
| 8/5/2022 | Purchase | 84 | 11.00 |
| 8/8/2022 | Purchase | 95 | 11.42 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 8/8/2022 | Purchase | 32 | 10.96 |
| 8/17/2022 | Purchase | 116 | 10.78 |
| 8/18/2022 | Purchase | 124 | 10.86 |
| 8/19/2022 | Purchase | 132 | 10.49 |
| 8/22/2022 | Purchase | 69 | 10.15 |
| 8/22/2022 | Purchase | 9 | 10.10 |
| 8/30/2022 | Purchase | 125 | 10.08 |
| 8/30/2022 | Purchase | 98 | 9.99 |
| 8/30/2022 | Purchase | 27 | 9.97 |
| 8/31/2022 | Purchase | 20 | 10.20 |
| 9/1/2022 | Purchase | 59 | 9.34 |
| 9/2/2022 | Purchase | 131 | 9.41 |
| 9/12/2022 | Purchase | 151 | 10.38 |
| 9/13/2022 | Purchase | 180 | 9.97 |
| 9/13/2022 | Purchase | 15 | 9.93 |
| 9/13/2022 | Purchase | 44 | 10.03 |
| 9/29/2022 | Purchase | 119 | 8.14 |
| 9/29/2022 | Purchase | 99 | 8.18 |
| 9/29/2022 | Purchase | 32 | 8.23 |
| 9/29/2022 | Purchase | 70 | 8.08 |
| 12/22/2022 | Purchase | 707 | 6.48 |
| 2/9/2023 | Sale | 427 | 8.89 |
| 3/23/2023 | Purchase | 1,704 | 7.00 |
| 4/13/2023 | Sale | 3,659 | 6.77 |
| 7/19/2023 | Sale | 63 | 11.67 |
| 7/19/2023 | Sale | 26 | 11.65 |
| 7/19/2023 | Sale | 95 | 11.57 |
| 7/20/2023 | Sale | 18 | 11.43 |
| 7/21/2023 | Sale | 1 | 11.39 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 7/24/2023 | Sale | 85 | 11.32 |
| 7/25/2023 | Sale | 26 | 11.27 |
| 7/26/2023 | Sale | 19 | 11.25 |
| 7/27/2023 | Sale | 77 | 11.22 |
| 7/27/2023 | Sale | 45 | 11.28 |
| 7/28/2023 | Sale | 136 | 11.33 |
| 7/28/2023 | Sale | 9 | 11.37 |
| 10/3/2023 | Sale | 404 | 7.07 |
| 12/18/2023 | Purchase | 533 | 7.66 |
| 10/14/2024 | Purchase | 106 | 5.83 |
| 10/15/2024 | Purchase | 254 | 5.98 |
| 10/15/2024 | Purchase | 145 | 5.96 |
| 10/30/2024 | Purchase | 2,694 | 5.58 |
| 11/8/2024 | Purchase | 318 | 5.89 |
| 11/11/2024 | Purchase | 38 | 6.24 |
| 11/11/2024 | Purchase | 4 | 6.11 |
| 11/12/2024 | Purchase | 86 | 6.31 |
| 11/12/2024 | Purchase | 23 | 6.28 |
| 11/12/2024 | Purchase | 30 | 6.25 |
| 11/13/2024 | Purchase | 72 | 6.69 |
| 11/13/2024 | Purchase | 39 | 6.43 |
| 12/17/2024 | Purchase | 8 | 6.03 |
| 1/23/2025 | Purchase | 7 | 5.06 |
| 1/24/2025 | Purchase | 56 | 5.15 |
| 1/27/2025 | Purchase | 2,621 | 5.23 |
| 1/27/2025 | Purchase | 58 | 5.27 |
| 1/28/2025 | Purchase | 15 | 5.65 |
| 1/28/2025 | Purchase | 63 | 5.56 |
| 1/29/2025 | Purchase | 7 | 5.99 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 1/31/2025 | Purchase | 114 | 6.03 |
| 1/31/2025 | Purchase | 3 | 6.11 |
| 2/3/2025 | Purchase | 40 | 6.08 |
| 2/3/2025 | Purchase | 70 | 6.09 |
| 2/4/2025 | Purchase | 120 | 6.52 |
| 2/4/2025 | Purchase | 12 | 6.58 |
| 2/4/2025 | Purchase | 12 | 6.58 |
| 2/5/2025 | Purchase | 30 | 6.55 |
| 2/5/2025 | Purchase | 83 | 6.59 |
| 2/5/2025 | Purchase | 18 | 6.58 |
| 2/5/2025 | Purchase | 1 | 6.53 |
| 2/6/2025 | Purchase | 67 | 6.68 |
| 2/6/2025 | Purchase | 9 | 6.57 |
| 2/6/2025 | Purchase | 5 | 6.63 |

Prices listed are rounded to two decimal places.