# Exhibit B

**Ohio Laborers LIFO Losses**

Open Lending Corp.
Class Period: 2/24/2022 - 3/31/2025

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 3/14/2022 | Purchase | 35 | 17.3450 | 35 | - | - | $ 607.08 | |
| 3/14/2022 | Purchase | 175 | 17.2588 | 175 | - | - | $ 3,020.29 | |
| 4/5/2022 | Purchase | 130 | 17.7214 | 130 | - | - | $ 2,303.78 | |
| 4/6/2022 | Purchase | 71 | 17.2751 | 71 | - | - | $ 1,226.53 | |
| 4/6/2022 | Purchase | 8 | 17.2100 | 8 | - | - | $ 137.68 | |
| 4/6/2022 | Purchase | 41 | 17.1500 | 41 | - | - | $ 703.15 | |
| 4/7/2022 | Purchase | 26 | 16.9050 | 26 | - | - | $ 439.53 | |
| 4/7/2022 | Purchase | 51 | 17.0015 | 51 | - | - | $ 867.08 | |
| 4/7/2022 | Purchase | 63 | 16.9468 | 63 | - | - | $ 1,067.65 | |
| 4/13/2022 | Purchase | 192 | 16.2700 | 192 | - | - | $ 3,123.84 | |
| 4/13/2022 | Purchase | 78 | 16.0869 | 78 | - | - | $ 1,254.78 | |
| 4/14/2022 | Purchase | 23 | 15.5723 | 23 | - | - | $ 358.16 | |
| 4/14/2022 | Purchase | 60 | 15.7898 | 60 | - | - | $ 947.39 | |
| 4/14/2022 | Purchase | 57 | 15.6735 | 57 | - | - | $ 893.39 | |
| 4/20/2022 | Purchase | 160 | 15.1149 | 160 | - | - | $ 2,418.38 | |
| 4/26/2022 | Purchase | 29 | 13.7350 | 29 | - | - | $ 398.32 | |
| 4/26/2022 | Purchase | 153 | 13.7919 | 153 | - | - | $ 2,110.16 | |
| 4/26/2022 | Purchase | 28 | 13.7599 | 28 | - | - | $ 385.28 | |
| 4/29/2022 | Purchase | 149 | 13.7638 | 149 | - | - | $ 2,050.81 | |
| 4/29/2022 | Purchase | 11 | 13.6800 | 11 | - | - | $ 150.48 | |
| 5/4/2022 | Purchase | 60 | 14.5617 | 60 | - | - | $ 873.70 | |
| 5/4/2022 | Purchase | 20 | 14.8159 | 20 | - | - | $ 296.32 | |
| 5/5/2022 | Purchase | 150 | 14.0265 | 150 | - | - | $ 2,103.98 | |
| 5/6/2022 | Purchase | 17 | 13.8162 | 17 | - | - | $ 234.88 | |
| 5/6/2022 | Purchase | 12 | 14.0805 | 12 | - | - | $ 168.97 | |
| 5/6/2022 | Purchase | 111 | 14.2038 | 111 | - | - | $ 1,576.62 | |
| 6/28/2022 | Purchase | 200 | 10.6051 | 200 | - | - | $ 2,121.02 | |
| 6/28/2022 | Purchase | 20 | 10.6050 | 20 | - | - | $ 212.10 | |
| 6/29/2022 | Purchase | 141 | 10.6926 | 141 | - | - | $ 1,507.66 | |
| 6/29/2022 | Purchase | 42 | 10.6550 | 42 | - | - | $ 447.51 | |
| 6/29/2022 | Purchase | 3 | 10.6490 | 3 | - | - | $ 31.95 | |
| 6/30/2022 | Purchase | 20 | 10.2023 | 20 | - | - | $ 204.05 | |
| 6/30/2022 | Purchase | 73 | 10.2526 | 73 | - | - | $ 748.44 | |
| 7/1/2022 | Purchase | 87 | 10.5467 | 87 | - | - | $ 917.56 | |
| 7/1/2022 | Purchase | 4 | 10.6750 | 4 | - | - | $ 42.70 | |
| 7/5/2022 | Purchase | 298 | 10.5996 | 298 | - | - | $ 3,158.68 | |
| 7/5/2022 | Purchase | 26 | 10.5566 | 26 | - | - | $ 274.47 | |
| 7/5/2022 | Purchase | 26 | 10.7201 | 26 | - | - | $ 278.72 | |
| 7/7/2022 | Purchase | 92 | 10.4568 | 92 | - | - | $ 962.03 | |
| 7/7/2022 | Purchase | 278 | 10.4700 | 278 | - | - | $ 2,910.66 | |
| 7/8/2022 | Purchase | 10 | 9.9000 | 10 | - | - | $ 99.00 | |
| 7/8/2022 | Purchase | 41 | 9.9081 | 41 | - | - | $ 406.23 | |
| 7/8/2022 | Purchase | 159 | 9.9675 | 159 | - | - | $ 1,584.83 | |
| 7/11/2022 | Purchase | 11 | 9.5100 | 11 | - | - | $ 104.61 | |
| 7/11/2022 | Purchase | 128 | 9.5320 | 128 | - | - | $ 1,220.10 | |
| 7/11/2022 | Purchase | 81 | 9.5553 | 81 | - | - | $ 773.98 | |

| Damage Summary | |
|---|---|
| Class Period Purchases: | 16,762 |
| Class Period Sales: | (5,090) |
| Sales on Class Period Purchases: | (16,762) |
| Class Period Shares Retained: | 11,672 |
| 90-Day Lookback Price: | $ 1.6102 |
| | |
| Class Period Purchases Cost: | $ 138,007.45 |
| Class Period Matched Sales Proceeds: | $ (38,257.95) |
| Post-Class Period Sales on Class Period Purchases Proceeds: | $ (12,799.61) |
| Retained/Remaining Value: | $ - |
| | |
| **LIFO Loss:** | **$ 86,949.89** |

**Ohio Laborers LIFO Losses**

Open Lending Corp.
Class Period: 2/24/2022 - 3/31/2025

| Date | Type | Shares | Price | Col5 | Col6 | Col7 | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 7/13/2022 | Purchase | 177 | 9.3793 | 177 | - | - | $ 1,660.14 | |
| 7/13/2022 | Purchase | 223 | 9.7181 | 223 | - | - | $ 2,167.14 | |
| 7/25/2022 | Purchase | 68 | 10.2000 | 68 | - | - | $ 693.60 | |
| 7/25/2022 | Purchase | 218 | 10.1149 | 218 | - | - | $ 2,205.05 | |
| 7/26/2022 | Purchase | 131 | 10.0987 | 131 | - | - | $ 1,322.93 | |
| 7/26/2022 | Purchase | 103 | 10.0950 | 103 | - | - | $ 1,039.79 | |
| 8/5/2022 | Purchase | 7 | 10.6900 | 7 | - | - | $ 74.83 | |
| 8/5/2022 | Purchase | 182 | 10.8490 | 182 | - | - | $ 1,974.52 | |
| 8/5/2022 | Purchase | 84 | 11.0045 | 84 | - | - | $ 924.38 | |
| 8/8/2022 | Purchase | 95 | 11.4222 | 95 | - | - | $ 1,085.11 | |
| 8/8/2022 | Purchase | 32 | 10.9600 | 32 | - | - | $ 350.72 | |
| 8/17/2022 | Purchase | 116 | 10.7789 | 116 | - | - | $ 1,250.35 | |
| 8/18/2022 | Purchase | 124 | 10.8596 | 124 | - | - | $ 1,346.59 | |
| 8/19/2022 | Purchase | 132 | 10.4891 | 132 | - | - | $ 1,384.56 | |
| 8/22/2022 | Purchase | 69 | 10.1540 | 69 | - | - | $ 700.63 | |
| 8/22/2022 | Purchase | 9 | 10.1000 | 9 | - | - | $ 90.90 | |
| 8/30/2022 | Purchase | 125 | 10.0838 | 125 | - | - | $ 1,260.48 | |
| 8/30/2022 | Purchase | 98 | 9.9865 | 98 | - | - | $ 978.68 | |
| 8/30/2022 | Purchase | 27 | 9.9650 | 27 | - | - | $ 269.06 | |
| 8/31/2022 | Purchase | 20 | 10.2049 | 20 | - | - | $ 204.10 | |
| 9/1/2022 | Purchase | 59 | 9.3353 | 59 | - | - | $ 550.78 | |
| 9/2/2022 | Purchase | 131 | 9.4091 | 131 | - | - | $ 1,232.59 | |
| 9/12/2022 | Purchase | 151 | 10.3807 | 151 | - | - | $ 1,567.49 | |
| 9/13/2022 | Purchase | 180 | 9.9694 | 180 | - | - | $ 1,794.49 | |
| 9/13/2022 | Purchase | 15 | 9.9300 | 15 | - | - | $ 148.95 | |
| 9/13/2022 | Purchase | 44 | 10.0250 | 44 | - | - | $ 441.10 | |
| 9/29/2022 | Purchase | 119 | 8.1447 | 119 | - | - | $ 969.22 | |
| 9/29/2022 | Purchase | 99 | 8.1831 | 99 | - | - | $ 810.13 | |
| 9/29/2022 | Purchase | 32 | 8.2250 | 32 | - | - | $ 263.20 | |
| 9/29/2022 | Purchase | 70 | 8.0800 | 70 | - | - | $ 565.60 | |
| 12/22/2022 | Purchase | 707 | 6.4840 | 707 | - | - | $ 4,584.19 | |
| 2/9/2023 | Sale | 427 | 8.8853 | - | (427) | (427) | | $ (3,794.02) |
| 3/23/2023 | Purchase | 1,704 | 7.0022 | 1,704 | - | - | $ 11,931.75 | |
| 4/13/2023 | Sale | 3,659 | 6.7700 | - | (3,659) | (3,659) | | $ (24,771.43) |
| 7/19/2023 | Sale | 63 | 11.6666 | - | (63) | (63) | | $ (735.00) |
| 7/19/2023 | Sale | 26 | 11.6515 | - | (26) | (26) | | $ (302.94) |
| 7/19/2023 | Sale | 95 | 11.5689 | - | (95) | (95) | | $ (1,099.05) |
| 7/20/2023 | Sale | 18 | 11.4317 | - | (18) | (18) | | $ (205.77) |
| 7/21/2023 | Sale | 1 | 11.3853 | - | (1) | (1) | | $ (11.39) |
| 7/24/2023 | Sale | 85 | 11.3155 | - | (85) | (85) | | $ (961.82) |
| 7/25/2023 | Sale | 26 | 11.2666 | - | (26) | (26) | | $ (292.93) |
| 7/26/2023 | Sale | 19 | 11.2537 | - | (19) | (19) | | $ (213.82) |
| 7/27/2023 | Sale | 77 | 11.2213 | - | (77) | (77) | | $ (864.04) |
| 7/27/2023 | Sale | 45 | 11.2832 | - | (45) | (45) | | $ (507.74) |
| 7/28/2023 | Sale | 136 | 11.3254 | - | (136) | (136) | | $ (1,540.25) |
| 7/28/2023 | Sale | 9 | 11.3650 | - | (9) | (9) | | $ (102.29) |
| 10/3/2023 | Sale | 404 | 7.0680 | - | (404) | (404) | | $ (2,855.47) |
| 12/18/2023 | Purchase | 533 | 7.6562 | 533 | - | - | $ 4,080.75 | |
| 10/14/2024 | Purchase | 106 | 5.8308 | 106 | - | - | $ 618.06 | |

**Ohio Laborers LIFO Losses**

Open Lending Corp.<br>Class Period: 2/24/2022 - 3/31/2025

| Date | Type | Shares | Price | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/2024 | Purchase | 254 | 5.9750 | 254 | - | - | $ | 1,517.65 | |
| 10/15/2024 | Purchase | 145 | 5.9566 | 145 | - | - | $ | 863.71 | |
| 10/30/2024 | Purchase | 2,694 | 5.5800 | 2,694 | - | - | $ | 15,032.52 | |
| 11/8/2024 | Purchase | 318 | 5.8903 | 318 | - | - | $ | 1,873.12 | |
| 11/11/2024 | Purchase | 38 | 6.2445 | 38 | - | - | $ | 237.29 | |
| 11/11/2024 | Purchase | 4 | 6.1055 | 4 | - | - | $ | 24.42 | |
| 11/12/2024 | Purchase | 86 | 6.3142 | 86 | - | - | $ | 543.02 | |
| 11/12/2024 | Purchase | 23 | 6.2750 | 23 | - | - | $ | 144.33 | |
| 11/12/2024 | Purchase | 30 | 6.2486 | 30 | - | - | $ | 187.46 | |
| 11/13/2024 | Purchase | 72 | 6.6926 | 72 | - | - | $ | 481.87 | |
| 11/13/2024 | Purchase | 39 | 6.4341 | 39 | - | - | $ | 250.93 | |
| 12/17/2024 | Purchase | 8 | 6.0275 | 8 | - | - | $ | 48.22 | |
| 1/23/2025 | Purchase | 7 | 5.0618 | 7 | - | - | $ | 35.43 | |
| 1/24/2025 | Purchase | 56 | 5.1498 | 56 | - | - | $ | 288.39 | |
| 1/27/2025 | Purchase | 2,621 | 5.2291 | 2,621 | - | - | $ | 13,705.47 | |
| 1/27/2025 | Purchase | 58 | 5.2685 | 58 | - | - | $ | 305.57 | |
| 1/28/2025 | Purchase | 15 | 5.6450 | 15 | - | - | $ | 84.68 | |
| 1/28/2025 | Purchase | 63 | 5.5627 | 63 | - | - | $ | 350.45 | |
| 1/29/2025 | Purchase | 7 | 5.9911 | 7 | - | - | $ | 41.94 | |
| 1/31/2025 | Purchase | 114 | 6.0327 | 114 | - | - | $ | 687.73 | |
| 1/31/2025 | Purchase | 3 | 6.1052 | 3 | - | - | $ | 18.32 | |
| 2/3/2025 | Purchase | 40 | 6.0813 | 40 | - | - | $ | 243.25 | |
| 2/3/2025 | Purchase | 70 | 6.0900 | 70 | - | - | $ | 426.30 | |
| 2/4/2025 | Purchase | 120 | 6.5241 | 120 | - | - | $ | 782.89 | |
| 2/4/2025 | Purchase | 12 | 6.5800 | 12 | - | - | $ | 78.96 | |
| 2/4/2025 | Purchase | 12 | 6.5800 | 12 | - | - | $ | 78.96 | |
| 2/5/2025 | Purchase | 30 | 6.5500 | 30 | - | - | $ | 196.50 | |
| 2/5/2025 | Purchase | 83 | 6.5929 | 83 | - | - | $ | 547.21 | |
| 2/5/2025 | Purchase | 18 | 6.5750 | 18 | - | - | $ | 118.35 | |
| 2/5/2025 | Purchase | 1 | 6.5298 | 1 | - | - | $ | 6.53 | |
| 2/6/2025 | Purchase | 67 | 6.6777 | 67 | - | - | $ | 447.41 | |
| 2/6/2025 | Purchase | 9 | 6.5690 | 9 | - | - | $ | 59.12 | |
| 2/6/2025 | Purchase | 5 | 6.6299 | 5 | - | - | $ | 33.15 | |

***Post-Class Period Sales on Retained Shares***

| Date | Type | Shares | Price | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/3/2025 | Sale | 429 | 1.2463 | - | - | (429) | | $ | (534.66) |
| 4/3/2025 | Sale | 48 | 1.2167 | - | - | (48) | | $ | (58.40) |
| 4/3/2025 | Sale | 95 | 1.2550 | - | - | (95) | | $ | (119.23) |
| 4/3/2025 | Sale | 609 | 1.2537 | - | - | (609) | | $ | (763.50) |
| 4/3/2025 | Sale | 265 | 1.2167 | - | - | (265) | | $ | (322.42) |
| 4/4/2025 | Sale | 73 | 1.1675 | - | - | (73) | | $ | (85.23) |
| 4/4/2025 | Sale | 197 | 1.1675 | - | - | (197) | | $ | (230.00) |
| 4/4/2025 | Sale | 15 | 1.1675 | - | - | (15) | | $ | (17.51) |
| 4/4/2025 | Sale | 103 | 1.1675 | - | - | (103) | | $ | (120.25) |
| 4/4/2025 | Sale | 97 | 1.1675 | - | - | (97) | | $ | (113.25) |
| 4/4/2025 | Sale | 294 | 1.1675 | - | - | (294) | | $ | (343.25) |
| 4/7/2025 | Sale | 737 | 1.1311 | - | - | (737) | | $ | (833.62) |
| 4/7/2025 | Sale | 1,498 | 1.1311 | - | - | (1,498) | | $ | (1,694.39) |
| 4/7/2025 | Sale | 57 | 1.1311 | - | - | (57) | | $ | (64.47) |
| 4/7/2025 | Sale | 24 | 1.1311 | - | - | (24) | | $ | (27.15) |

**Ohio Laborers LIFO Losses**

Open Lending Corp.<br>Class Period: 2/24/2022 - 3/31/2025

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/8/2025 | Sale | 9 | 1.0988 | - | - | (9) | | $ | (9.89) |
| 4/8/2025 | Sale | 21 | 1.0988 | - | - | (21) | | $ | (23.08) |
| 4/8/2025 | Sale | 145 | 1.0988 | - | - | (145) | | $ | (159.33) |
| 4/8/2025 | Sale | 971 | 1.0988 | - | - | (971) | | $ | (1,066.95) |
| 4/9/2025 | Sale | 1,257 | 1.0695 | - | - | (1,257) | | $ | (1,344.42) |
| 4/10/2025 | Sale | 1,521 | 1.0445 | - | - | (1,521) | | $ | (1,588.61) |
| 4/10/2025 | Sale | 12 | 1.0445 | - | - | (12) | | $ | (12.53) |
| 4/11/2025 | Sale | 3,195 | 1.0227 | - | - | (3,195) | | $ | (3,267.49) |

*Pursuant to the PSLRA, post-class period sales are priced at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.*