# Exhibit C

**May 1, 2025 2:12 PM Eastern Daylight Time**

## LPRO CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Open Lending Corporation Investors

**Share**  in  X  f  ✉  🔗  ⋯

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Western District of Texas, captioned *Bradley v. Open Lending Corporation, et al.,* Case No. 1:25-cv-00650, on behalf of persons and entities that purchased or otherwise acquired Open Lending Corporation ("Open Lending" or the "Company") (NASDAQ: LPRO) securities between **February 24, 2022 and March 31, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR OPEN LENDING INVESTMENTS, CLICK HERE TO INQUIRE ABOUT PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On March 17, 2025, before the market opened, Open Lending disclosed that it would be unable to timely file its Annual Report for 2024 as it "require[d] additional time to finalize its accounting and review processes specifically related to its profit share revenue and related contract assets."

On this news, the Company's share price fell $0.40, or 9.28%, to close at $3.91 per share on March 17, 2025, on unusually heavy trading volume. The stock continued to fall the following trading day, declining $0.42, or 10.87%, to close at $3.49 on March 18, 2025, on unusually heavy trading volume.

Then, on March 31, 2025, after the market closed, Open Lending released its fourth quarter and full year 2024 financial results, revealing quarterly revenue of negative $56.9 million due in part to "a $81.3 million reduction in estimated profit share revenues related to business in historic vintages" ... "primarily due to heightened delinquencies and corresponding defaults associated with loans originated in 2021 through 2024." The Company identified "three factors primarily contributed to this reduction of estimated profit share." First, a "deterioration of the Company's 2021 and 2022 vintages" resulting in loans which were "worth significantly less than their corresponding outstanding loan balances." This factor accounted for "approximately 40% of the Company's total negative change." Second, the Company "identified two cohorts of borrowers, borrowers with credit builder tradelines and borrowers with fewer positive tradelines, that caused its 2023 and 2024 vintages to underperform." This factor "accounted for approximately 40% of the Company's total negative change." Third, the Company revealed "continued elevated delinquencies and ultimate defaults" which "accounted for approximately 20% of the Company's total negative change." Additionally, the Company disclosed a net loss of $144 million, due to the Company being "negatively impacted by the recording of a valuation allowance on [its] deferred tax assets of $86.1 million, which increased [its] income tax expense during the period."

In a separate press release, the Company also announced that it had appointed a new Chief Executive Officer and a new Chief Operating Officer, effective immediately, both of whom would be replacing Charles D. Jehl, who had been

operating as the Company's Chief Executive Officer, Chief Operating Officer and Chief Financial Officer simultaneously.

On this news, the Company's share price fell $1.59 or 57.61%, to close at $1.17 per share on April 1, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants: (1) misrepresented the capabilities of the Company's risk-based pricing models; (2) issued materially misleading statements regarding the Company's profit share revenue; (3) failed to disclose the Company's 2021 and 2022 vintage loans had become worth significantly less than their corresponding outstanding loan balances; (4) misrepresented the underperformance of the Company's 2023 and 2024 vintage loans; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired Open Lending securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.,
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100,
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,
Toll-Free: 888-773-9224
Visit our website at www.glancylaw.com.
Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
**Charles Linehan**
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224
Visit our website at: www.glancylaw.com.

**Industry:**        Class Action Lawsuit    Professional Services    Legal



**GLANCY PRONGAY & MURRAY LLP**

⤴ NASDAQ:LPRO

---

**RELEASE VERSIONS**

English

---

**CONTACTS**

Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
**Charles Linehan**
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224
Visit our website at: www.glancylaw.com.

# More News From Glancy Prongay & Murray LLP

🔊 Get RSS Feed

### Deadline Alert: Rocket Pharmaceuticals, Inc. (RCKT) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming August 11, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Rocket Pharmaceuticals, Inc. ("Rocke...

### Deadline Alert: 3D Systems Corporation (DDD) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming August 12, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired 3D Systems Corporation ("3D...

### Deadline Alert: Hims & Hers Health, Inc. (HIMS) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming August 25, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Hims & Hers Health, Inc. ("Hims" or...

Back to Newsroom →

# Wish your news had this kind of reach?

Sign Up                                    →

**Learn About Business Wire**          →



**Company**

About Business Wire

Careers

Media Center

**Services**

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

**Solutions**

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

**Newsroom**

Industries

Subjects

Languages

**Resources**

**Blog**

**For Journalists**

**Sign Up**



© 2025 Business Wire, Inc.

Privacy Policy     Cookie Policy     Copyright     Accessibility Statement     Terms of Use

