EXHIBIT E



**BEAUMONT        DETROIT        HOUSTON        JACKSON        NEW JERSEY        NEW ORLEANS**

## Intentionally Unique + Different Perspectives

**FORMAN WATKINS & KRUTZ LLP:** *A proven, nationally-respected law firm that provides innovative strategies, trusted advice, and cost-effective solutions for clients facing difficult legal challenges.*

» FormanWatkins is a litigation firm with a strong emphasis in multi-district tort, environmental,and complex commercial litigation. Founded in 1986 in Jackson, Mississippi, we have continuously provided clients with consistency, efficiency, and economic savings by pioneering innovative and creative solutions to national litigation issues and management.

» The Firm has five offices and more than 60 attorneys licensed in 15 states and the District of Columbia. We litigate throughout the United States and serve our clients in multiple capacities, including national coordinating counsel, risk management, trial counsel, regional/local counsel, and negotiation counsel.

**BEAUMONT | DETROIT | HOUSTON | JACKSON | NEW ORLEANS | NEW JERSEY**

 

# FormanWatkins
Forman Watkins & Krutz LLP

# Significant Litigation Experience

Forman Watkins excels by finding innovative solutions in litigation management. We continually work with our clients to identify ways to streamline litigation and develop creative tools to customize our litigation plan for every case. Forman Watkins is routinely called upon by judges to lead multi-party efforts. We were appointed lead liaison counsel in MDL 1553 and MDL 875. The joint defense of more than 35 clients led by Forman Watkins resulted in the dismissal of more than 150,000 asbestos and silica cases as well as an ongoing criminal investigation by the U.S. Attorney.

Forman Watkins serves as local counsel for Lead Plaintiff Southeastern Pennsylvania Transportation Authority in this putative class action against Orthofix Medical Inc., and related entities and directors, for making misstatements and omissions related to merger and stock issuance. *In re Orthofix Medical, Inc. Securities Litigation* (E.D. Tex.).

Founding Partner Fred Krutz served as Chairman of the Defendants' Steering Committee in the Silica MDL 1553 in Corpus Christi, Texas, which resulted in a historical order and opinion which led to the dismissal of approximately 25,000 claims (*In re Silica Products Liab. Litig.*, 398 F. Supp.2d 563) as reported in numerous national media, including the New York Times, Fortune Magazine, NPR, The Wall Street Journal, Houston Chronicle and Reader's Digest.

Forman Watkins served as lead liaison counsel in MDL 875. In that role, Forman Watkins successfully coordinated the joint defense effort seeking dismissal for lack of personal jurisdiction over the named defendants. The court granted defendants' motion to dismiss for lack of personal jurisdiction, as well as denied plaintiff's motion for a continuance and motion to amend the complaint. This action prevented plaintiffs' attempt to revitalize an exhausted claim in a new forum and disrupt a docket that had been effectively managed by the defense.

**FormanWatkins**

Forman Watkins & Krutz LLP

# Commercial Litigation

FormanWatkins has experience in a broad spectrum of commercial litigation matters. The firm's commercial practice is diverse and we regularly represent businesses, both large and small, in prosecuting and defending claims.

Highlights of our commercial litigation practice include representation of:

- Commodity trading business in action against warehouse operator for breach of contract and failure to exercise care in storage of goods
- International corporation in contractual defense and indemnity matters
- Private investors in breach of contract, fraud, and unjust enrichment action alleging that defendants failed to deliver the promised equity interest and used investment proceeds for improper purposes, including for personal gain
- Consulting firm in breach of contract in action against healthcare practice for failure to perform contractual obligations in good faith and failure to remit consulting fee
- Healthcare services company in suit on open account
- Private company in sale of affiliate and subsidiary companies
- Creditors in Chapter 11 bankruptcy proceedings
- Equipment manufacturer in breach of contract action alleging that improper installation of equipment led to a plant shutdown causing over $15 million in damages
- An International marketing firm in defending breach of contract action
- Closely held corporation in dispute among shareholders
- An International corporation in breach of contract action regarding the sale and purchase of benzene
- Cold storage facility in action alleging failure to exercise care in storage of goods
- An International corporation in the building materials industry in breach of contract action with general contractor related to a government funded coastal restoration project
- Wetlands mitigation bank owner in breach of contract action
- An American timberland company in action for unfair trade practices in the awarding of mining and aggregate lease
- New Orleans bar and its owners in breach of entertainment contract action
- Two hospitals against a provider of electronic medical records software
- Construction company against subcontractors for contractual indemnity coverage
- Construction company against insurers for additional insurance coverage

# Commercial Litigation, Cont.

- Energy company in 10 states against contractors and insurers for contractual indemnity and additional insurance coverage
- Energy services company against energy company in breach of contract action
- Bitcoin exchange in lawsuit alleging hacking and theft of 9000 bitcoins
- Private aircraft company in whistleblower claim
- Private aircraft company in multiple breach of contract cases
- National retailer in Telephone Consumer Protection Act claims
- National retailer in Fair Credit Reporting Act claims
- Medicaid services subcontractor against other providers for breach of contract and business torts
- National wood products supplier in multiple breach of contract and fraud action
- Commercial real estate investor in a breach of contract action over the sale of an apartment complex
- Motor carrier and broker of motor carrier services in open accounts and breach of contract action
- Various insurance companies in multiple breach of contract claims
- Commercial goods broker in a breach of contract action involving the purchase and sale of discounted goods
- Business owner in a dispute with co-owner over the operations of multiple convenience stores

Forman Watkins also has extensive experience in Mississippi Consumer Protection Act litigation, including:

- Google Inc. v. Jim Hood, Attorney General of the State of Mississippi, No. 3:14-cv-981 (S.D. Miss.) (representing Google in an action seeking injunctive relief, stopping investigation and prosecution by Attorney General Hood in violation of federal law).
- The State of Mississippi, ex rel Jim Hood, Attorney General v. Transunion LLC, Transunion Corp., and Transunion Interactive, Inc., No. 2015-0716 (Jackson County, Mississippi Cir. Ct.) (defending Transunion in penalties and damages action).
- The State of Mississippi, ex rel Jim Hood, Attorney General v. The McGraw-Hill Companies, Inc., Standard & Poor's Financial Services, LLC, Moody's Corporation and Moody's Investors Service, Inc., G 2011-835 S/2 (Hinds County, Miss. Chancery Ct. ) (defended McGraw Hill in damages and penalties action brought by the Attorney General).
- The State of Mississippi, ex rel Jim Hood, Attorney General v. AU Optronics Corporation, No. 3:11-cv-00345 (S.D. Miss.) (defended Hitachi in price fixing litigation).
- Stacy Pickering, Auditor For The State of Mississippi v. Langston Law Firm, P.A.; Joseph C. Langston; Lundy & Davis; and Aylstock, Witkin, Kreis & Overholtz, No. 2010-CA-00362 (Miss. 2012) (defended Langston in an effort by Mississippi Auditor to claw back attorney fees earned by private counsel in Attorney General litigation).
- Dale v. Colagiovanni, No. 3:01 CV 663BN (S.D. Miss.) (fraud litigation by insurance commissioner against Vatican bank).

**FormanWatkins**
Forman Watkins & Krutz LLP

# Risk Management

Since our 1986 inception, Forman Watkins has served as National Coordinating Counsel for a variety of defendants in mass torts and other equally complex litigation. In order to efficiently and effectively manage your litigation, we must first discover what works best for each and every client, tailoring our approach to you. We create a customized management system and style that fits your unique set of circumstances and problems. For each new client, we create a dedicated team of attorneys and paralegals that get to know you and your company and work with you to reduce risks, create fiscal certainty, avoid disasters, and eliminate surprises.

Most important in ensuring successful management of your litigation is understanding the global perspective of the litigation at hand. With nearly 40 years of knowledge and established relationship in the national litigation arena, we are primed to understand what's happening both nationally and globally and how it affects your case. Effective strategy is greater than one single case, and we make no decision with out considering how it will first affect our client.

We constantly educate ourselves and our clients. This hunger for information keeps us at the forefront of the arena. We provide each of our National Coordinating Counsel clients with a customized, secure website that provides current data, such as filings, dismissals, settlements, trial dates, and other important information that will allow you to better understand and appreciate the current status of your litigation. Communication is a key component to our success and it is vital when it comes to our performance as National Coordinating Counsel. The best testament to our ability as National Coordinating Counsel comes from our clients. We encourage prospective clients to talk with our current clients and hear what they have to say about Forman Watkins .

**FormanWatkins**
Forman Watkins & Krutz LLP

# Internal Firm Development

At Forman Watkins, our job is to provide clients with the best solutions for sophisticated legal issues. In our experience, the most innovative ideas are created when a divergence of perspectives and backgrounds come together. For this reason, Diversity & Inclusion is critical at Forman Watkins, and we strive continuously to honor individuality and equality. We celebrate the unique experiences of each member of our team and, through dialogue and collaboration, inspire inclusion throughout our entire firm.

Forman Watkins' culture of inclusion and commitment to diversity is supported by thoughtful planning and measured through intentional action. Our Diversity & Inclusion Committee was established to facilitate programming that would encourage the representation of diverse perspectives, backgrounds, and experiences at every level of the firm. Since its inception, the Committee has worked with the firm's leadership to incorporate its goals into the management of the firm.

We believe that our commitment is best demonstrated through the work of our people. Therefore, in a time where firms choose to simply write a check, FormanWatkins makes it a priority to actively engage in diverse and inclusive endeavors, both internally and in the local communities we serve.

**FormanWatkins**

Forman Watkins & Krutz LLP

# Diversity and Inclusion

Our Diversity & Inclusion Committee hosts programming for both staff and attorneys across all our offices. FormanWatkins has consulted with leading professionals in the areas of inclusion, leadership, and diversity to ensure that each member of our team has the necessary tools and knowledge to further promote FormanWatkins' commitment to Diversity & Inclusion. As a result of these endeavors, we have developed training modules that have been implemented throughout the Firm.

Our Lunch and Learn series on Diversity & Inclusion is a cultural awareness training tool that encourages discussion among the members of our firm about the ways to recognize and overcome biases that may hinder an inclusive work environment. These sessions provide both attorneys and staff with a greater understanding of the importance of fostering and maintaining a diverse and inclusive work environment.

We are proud of our long-term service to organizations supporting diverse interests as well as our participation in diverse and inclusive initiatives and programming. We are excited about our partnerships with the Mississippi Center for Justice, the Magnolia Bar Association, and the Mississippi Center for Legal Services Corporation. Additionally, our attorneys have taken active roles in Diversity & Inclusion centered events, including activities such as the Magnolia Bar Foundation Girls' and Boys' Law Camp, National Black Law Students' Association's Mid-Atlantic Regional Convention and Southeastern Regional Academic Retreats, multiple events hosted by the Southern University Law Center, and the Louisiana State Bar Association Diversity Conclave.

# FormanWatkins
## Forman Watkins & Krutz LLP

# DIVERSITY PATHWAY PROGRAM

## *Initiated in 2021*

### In Collaboration with Mississippi Historically Black Colleges and Universities

 

### PRE-LAW PROGRAM



Firm introduces students to attorney life and provides guidance on resume building, law school best practices and advice.

### LAW SCHOOL PROGRAM



Participants are invited to attend Law School bootcamp prior to first semester, a mini-clerkship during winter break and presented opportunity to apply as a Summer Associate following 1L year.

---

**30** Total Program Participants



---

**8** Preparing to Apply to Law School



**17** Currently Enrolled in Law School



---

     

---

"I believe the FWK Diversity Pathway Program is a model program, and their dedication to the promotion of access, diversity, equity, and inclusion for our students has been invaluable in their preparation for careers in the legal profession," said Charles Irwin, JD/PhD, Director of Jackson State University Bob Owens Pre-Law Center.

**FormanWatkins**
Forman Watkins & Krutz LLP

# Women's Initiative

At Forman Watkins, we strive to provide our female attorneys with the mentoring and support they need to obtain success. We encourage the promotion and retention of women within the Firm and provide opportunities for training on the issues facing women lawyers.

Our attorneys have participated in panel discussions concerning issues women face in the practice of law and have sponsored local law students seeking to participate in such events.

Additionally, we are proud of our firm's participation in the programmatic efforts of local affinity groups, including the Mississippi Women's Lawyers Association, the Evelyn Gandy Lecture Series, and the Texas Women's Lawyers' Association.






# FormanWatkins
Forman Watkins & Krutz LLP

# Pro Bono

Forman Watkins & Krutz is committed to our local communities and gives back in ways that are tangible and effective right here in our local footprint. The Firm believes that pro bono service is an important and essential element of every attorney's professional responsibility. Attorneys possess unique skills and abilities to serve the disadvantaged while promoting public interests in ways no other profession is able. Forman Watkins, therefore, encourages and facilitates ways for its attorneys to render pro bono legal services to the poor and participate, to the extent possible, in other pro bono service activities that directly relate to the legal needs of the poor, disenfranchised, and disadvantaged.

Dozens of attorneys and staff have spent thousands of hours engaging in the issues that matter to them and their communities, from arguing at the Fifth Circuit to representing children at hearings in juvenile courts. On behalf of pro bono clients, our team has drafted appeals, filed petitions, influenced policies, and launched legal clinics. We have deepened our partnerships with the organizations doing important pro-bono work. Forman Watkins attorneys know the importance of using their talents to assist our fellow community members that may not be able to afford quality legal assistance. The opportunity, encouragement, and resources for this level of service are woven into our firm culture, providing all our attorneys the opportunity and the means to use their talents for the benefit of those who most need them. Each year, Forman Watkins provides hours of pro bono legal service to our local communities. We maintain pro bono partnerships with various organizations such as the Mississippi Volunteer Lawyers Project, Mississippi Center for Justice, Mississippi Office of Indigent Appeals, and Mission First, while continuously searching for and identifying new opportunities to serve our communities.

**FormanWatkins**
Forman Watkins & Krutz LLP

# Civic Engagement

We believe that compassion is vital to our community work, and we seek projects that allow us to actively engage with those in need. Every quarter, FormanWatkins assists in serving lunch at our local Stewpot Kitchen. Additionally, Forman Watkins is an avid supporter of Habitat for Humanity, and our team works on multiple projects throughout the year. Our "Forman Watkins Day of Pink" celebrates members of our firm who are currently battling breast cancer, as well as our breast cancer survivors. We collect magazines, books, blankets, hats, and other items to donate to a local cancer treatment facility. Likewise, we partner with the Adopt-An-Angel program and provide Christmas presents for families in need. While we remain committed to our ongoing projects, we realize that there are times when we must employ our creativity and react quickly to aid in disaster relief. For example, after tornadoes devastated multiple areas of Mississippi and left thousands without homes, the staff and attorneys in our Jackson, MS office joined together in friendly competition to donate over 15,000 bottles of water to the American Red Cross of Mississippi. Forman Watkins believes in sharing our talents and resources to support those in need within the communities where we work and live.



# FormanWatkins
## Forman Watkins & Krutz LLP



# K.B. Battaglini

## Partner

kb.battaglini@formanwatkins.com

Houston Office
Phone: 713-210-4371
Fax: 601-960-8613

K. B. Battaglini has for more than four decades counsel and represented businesses and individuals. During his career, he was a partner at large international law firms. His primary practice involves business and commercial litigation, arbitration, and transactional work, particularly in the areas of energy, environmental, natural resources, securities, and media/entertainment. He has significant first chair experience in trials and appeals. He is listed in Best Lawyers in America© (by Levine Leichtman Capital Partners) and is on the national panel of arbitrators for the American Arbitration Association and FINRA.

## Education

University of Houston Law Center, LL.M. (Energy, Environmental & Natural Resources Law)

South Texas College of Law-Houston, J.D.

Regent University, M.A. (Film/Television Producing)

U.S. Department of Defense Information School, Distinguished Honor Graduate (Broadcast Journalism)

State University of New York College of Arts and Sciences at Potsdam, B.A. (Drama)

## Bar Admissions

Texas, 1982

All federal courts in Texas

5th Circuit Court of Appeals

United States Supreme Court

# Important Litigation Involvement

Served as operations counsel and head of litigation for the exploration and production division of a publicly-traded (American Stock Exchange) oil and gas company.

Lead attorney in trial and appeal of Republic Petroleum LLC v. Dynamic Offshore Resources NS LLC and W&T Offshore Inc., 474 S.W.3d 424 (Tex. App.—Houston [1st Dist.] 2015, pet. denied) which concerned issues of standing and capacity to sue for contract breach and damages.

Participated in trial and appeal of Jinkins v. Bryan, 763 S.W.2d 539 (Tex. App.—Amarillo 1988, writ denied), a seminal case concerning the distinction between "dry gas" and "casinghead gas," which serves as an interpretive guide to the statutory definition of "dry gas" found at Texas Natural Resources Code Sec. 86.002(7).

Lead attorney in trial and appeal of Williams v. Dardenne, 345 S.W.3d 118 (Tex. App.—Houston [1st Dist.] 2011, pet. denied) which concerned the element of reliance in fraudulent inducement claims and which upheld the viability of "as is" real estate sales contracts in Texas.

# Professional Recognition

- *Best Lawyers® (by Levine Leichtman Capital Partners)*
  - *The Best Lawyers in America©*
    - *Arbitration (2022)*
    - *Commercial Litigation (2013-2022)*
    - *Natural Resources Law (2012-2022)*
- *AVVO-10.0 (highest rating)*
- *Texas Association of Defense Counsel—President's Award (2015)*

# Organization/Committee Memberships

- State Bar of Texas
  - Environmental and Natural Resources Section
  - Oil, Gas and Energy Resources Law Section
  - Alternative Dispute Resolution Section
  - Entertainment and Sports Law Section
- Houston Bar Association
- Texas Association of Defense Counsel
- College of the State Bar of Texas
- Texas Bar Foundation, Fellow
- Houston Bar Foundation, Lifetime Fellow
- Leadership Houston, Graduate of Class 22
- Houston Cinema Arts Society
- FINRA Dispute Resolution Arbitrator
- AAA Panel Arbitrator

# FormanWatkins
## Forman Watkins & Krutz LLP



# C. Mitch McGuffey

## Partner

mitch.mcguffey@formanwatkins.com

Jackson Office
Phone: 601-960-3126
Fax: 601-960-8613

Fueled by challenge and change, Mitch never hesitates to go outside of his comfort zone. Whether that means taking on a difficult case, studying graphic design as an undergraduate to stretch and broaden himself and his abilities, or shifting his legal career from New York to Jackson, Mitch never takes the easy way out. His clients can be sure that he will apply the same creative communication, rigorous curiosity, and work ethic toward their cases.

Mitch is a lawyer who cares deeply about people. That affection is shown first and foremost in his family, a wife and two daughters and a baby boy, yet another wonderful challenge! Beyond his family, Mitch has a love for community and fellowship, and he provides his full attention to his clients, forming personal relationships and using every possible asset to offer them quick, creative solutions. Long hours writing briefs or collaborating with his coworkers are all worth it for Mitch as he strives to offer his clients innovative and stable solutions with a broader impact than the immediate case.

## Education

University of Virginia School of Law, J.D.
Auburn University, B.S. Business Administration
Auburn University, B.A. Graphic Design

# Bar Admissions

New York, 2011

Mississippi, 2015

Alabama, 2021

U.S. District Court for the Northern District of Alabama

U.S. District Courts for the Northern and Southern Districts of Mississippi

U.S. District Courts for the Northern and Southern Districts of New York

U.S. District Court for the Western District of Wisconsin

U.S. Court of Appeals for the Fifth Circuit

U.S. Court of Appeals for the Seventh Circuit

# Significant Litigation Involvement

Currently serves as national coordinating counsel for asbestos claims of two Fortune 500 companies, litigating product and premises liability claims, developing national and jurisdictional defense strategy, and negotiating settlements

Regularly serves as plaintiff's counsel in business litigation disputes across the country resulting in six- and seven-figure recoveries, e.g., Seven Seas Techs., Inc. v. Infinite Computer Solutions, Inc., (S.D. Miss.) and PF2 EIS LLC v. Rush Health Systems, Inc. (S.D. Miss)

Drafted appellate briefing, resulting in affirmed grant of summary judgment for residential management company facing personal injury and breach of contract claims; Yarbrough v. Hunt Southern Group, LLC, 836 F. App'x 238 (5th Cir. 2020)

Drafted summary judgment and dispositive motion briefing, resulting in grant of summary judgment for alleged environmental and household exposure claims; Kilty v. Weyerhaeuser Co., 317 F. Supp. 3d 1027 (W.D. Wis. June 8, 2018)

Drafted appellate briefing, resulting in affirmed expert exclusion and grant of summary judgment for alleged environmental claims; Pecher v. Owens-Illinois, Inc., 859 F.3d 396 (7th Cir. 2017)

Drafted Daubert and summary judgment briefing and assisted in cross-examination of experts, resulting in exclusion of causation expert and grant of summary judgment for alleged environmental exposure claims; Boyer v. Weyerhaeuser Co., 2016 WL 705233 (W.D. Wis. Feb. 19, 2016)

Drafted appellate briefing, resulting in affirmed dismissal of counseling malpractice claim; Alabama Supreme Court, McElveen v. Family Services Center (2015)

Represented head coach and assistant coaches at multiple NCAA institutions in investigations, factual development during an NCAA investigation, preparation for NCAA interviews, drafted involved individual responses to notices of allegation, and appeared before NCAA Committee on Infractions

Served as member of litigation team in largest bankruptcy in U.S. history, representing Chapter 11 Estate of investment bank in adversary proceedings against other international financial institutions, drafting dispositive motions, taking and defending depositions, and developing expert reports; Southern District of New York

# Professional Recognition

Selected to Mid-South Super Lawyers (2022-2023)

The Best Lawyers in America®:(2023): Commercial Litigation

The Best Lawyers in America®: Ones to Watch (2021-2022): Commercial Litigation, Mass Tort Litigation/Class Actions – Defendants, Product Liability Litigation – Defendants

Selected to Super Lawyers Mid-South Rising Stars (2019-2021)

FormanWatkins Pro Bono Star, 2020-2021

Selected as one of Mississippi Business Journal's 2019 Leaders in Law


# Organization/Committee Memberships

Mississippi Bar, Young Lawyers Division

DRI: The Voice of the Defense Bar

Jackson Public Schools – Bond Oversight Committee (Ward 7 representative)

Member of the FormanWatkins Pro Bono Committee and Recruiting Committee