**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **KEVIN BRADLEY, Individually and on Behalf of All Others Similarly Situated,** | **Case No. 1:25-cv-00650** |
| **Plaintiff,** | |
| **OPEN LENDING CORPORATION, CHARLES D. JEHL, KEITH A. JEZEK, and JOHN J. FLYNN,** | **CLASS ACTION** |
| **Defendants.** | |

**[PROPOSED] ORDER APPOINTING LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

Having considered the Motion of Laborers' District Council and Contractors' Pension Fund of Ohio ("Ohio Laborers") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel ("Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Ohio Laborers is APPOINTED as Lead Plaintiff under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action, and all related actions consolidated pursuant to paragraph 5 of this Order;

3.      Ohio Laborers' selection of Lead Counsel is APPROVED and Cohen Milstein Sellers & Toll PLLC is APPOINTED as Lead Counsel for the proposed class;

4.      Ohio Laborers' selection of Liaison Counsel is APPROVED and Forman Watkins & Krutz LLP is APPOINTED as Liaison Counsel for the proposed class;

1

5.      Under Rule 42(a), any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions, are CONSOLIDATED with this action; and

6.      The Clerk of Court is DIRECTED to recaption this action "*Laborers' District Council and Contractors' Pension Fund of Ohio v. Open Lending Corp., et al.*"

**IT IS SO ORDERED.**

Dated this __ day of ___, 2025.

_____
The Honorable David Alan Ezra
United States District Judge