**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| **KEVIN BRADLEY, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**OPEN LENDING CORPORATION, CHARLES D. JEHL, KEITH A. JEZEK, and JOHN J. FLYNN,**<br><br>**Defendants.** | **Case No. 1:25-cv-00650**<br><br><br>**CLASS ACTION** |

**LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO'S RESPONSE IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Movant Laborers' District Council and Contractors' Pension Fund of Ohio ("Ohio Laborers") respectfully submits this memorandum of law in further support of its motion for appointment as lead plaintiff and approval of selection of counsel. Because Ohio Laborers, who has a reported LIFO loss of approximately $86,949.89 from transactions in Open Lending stock,[1] is the sole remaining investor seeking to represent the class in this Action and is the most adequate plaintiff under the PSLRA, Ohio Laborers should be appointed as Lead Plaintiff.

**BACKGROUND**

On May 1, 2025, Plaintiff Kevin Bradley, represented by the law firms Holzer & Holzer LLC and Glancy Prongay & Murray LLP, filed a securities class action case against Open Lending Corporation ("Open Lending" or the "Company") and three of the Company's senior executives: Charles D. Jehl (the Company's CFO at all relevant times and CEO and COO from March 22, 2024 until March 31, 2025); Keith A. Jezek (the Company's CEO from October 6, 2022 until March 22, 2024); and John J. Flynn (the Company's CEO from April 2000 until October 6, 2022)

---

[1] Ohio Laborers' loss chart, ECF No. 25-4.

1

(collectively, the "Individual Defendants," and together with Open Lending, "Defendants"). The claims against Defendants were brought under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b), 78t(a), and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, on behalf of all persons or entities that purchased or otherwise acquired Open Lending common stock between February 24, 2022 and March 31, 2025, inclusive (the "Class Period"). ECF No. 1.

On June 30, 2025, three parties moved to serve as lead plaintiff in the above-captioned action: Plaintiff Bradley, alleging a $9,463.74 loss, ECF No. 22; Steamfitters Local 449 Retirement Security Fund, alleging a $135,144 loss, ECF No. 23; and Ohio Laborers, alleging a $89,949.89 loss, ECF No. 25. On July 14, 2025, Steamfitters Local 449 withdrew its motion for appointment as lead plaintiff. ECF No. 29. Later that same day, Plaintiff Bradley also withdrew his motion for same. ECF No. 30.

## ARGUMENT

The Court should appoint Ohio Laborers as Lead Plaintiff and approve Ohio Laborers' selection of counsel. As the sole remaining movant, Ohio Laboresrs is the presumptive lead plaintiff under the PLSRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). In its opening submissions, Ohio Laborers explained in detail that it can serve effectively as lead plaintiff: its interests are well-aligned with those of the class, it is highly invested in the outcome of this litigation, and it brings extensive experience leading securities class actions, including having in-house counsel who are experienced in securities litigation and who will ensure that the litigation is client-driven. *See* ECF 25 at 8-11. Ohio Laborers has also retained highly qualified and experienced counsel to represent the class in this Action. *Id.* at 11-12. Accordingly, for the reasons described in this response and in its opening

submissions, Ohio Laborers has demonstrated that it is more than qualified and willing to serve as a lead plaintiff, and should be appointed as such.

## CONCLUSION

For the foregoing reasons, Ohio Laborers respectfully requests that the Court appoint Ohio Laborers as Lead Plaintiff and approve its selection of counsel.

Dated: July 14, 2025

Respectfully submitted,

*/s/ K.B. Battaglini*
K. B. Battaglini, Texas Bar No. 01918060

**FORMAN WATKINS & KRUTZ LLP**
4900 Woodway Drive, Suite 940
Houston, Texas 77056
713.210.4371 direct
kb.battaglini@formanwatkins.com

*Proposed Liaison Counsel for Ohio Laborers and the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (*pro hac vice* forthcoming)
Margaret (Emmy) Wydman (*pro hac vice* forthcoming)
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
ewydman@cohenmilstein.com

Christopher Lometti (*pro hac vice* forthcoming)
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
clometti@cohenmilstein.com

*Attorneys for Ohio Laborers and Proposed Lead Counsel for the Class*

3

**CERTIFICATE OF SERVICE**

I, K. B. Battaglini, hereby certify that on July 14, 2025, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

*/s/ K. B. Battaglini*
K. B. Battaglini
