**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| KEVIN BRADLEY, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>OPEN LENDING CORPORATION, et al.,<br><br>Defendants. | No. 1:25-cv-00650-DAE |

## ORDER REGARDING SCHEDULE FOR PLEADINGS

The Court, having considered the Parties' Joint Stipulation Proposing Schedule for Pleadings, and good cause appearing therefore, **HEREBY ORDERS** that:

1. Lead Plaintiff will file any amended complaint by September 26, 2025;

2. Defendants will answer, move to dismiss, or otherwise respond to Lead Plaintiff's amended complaint by November 25, 2025;

3. Lead Plaintiff will file any opposition to a motion to dismiss by January 9, 2026;

4. Defendants will file any reply in support of a motion to dismiss by February 9, 2026.

Dated: _____July 30_, 2025

_____
David Alan Ezra
Senior United States District Judge