# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| KEVIN BRADLEY, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>OPEN LENDING CORPORATION, et al.,<br><br>Defendants. | No. 1:25-cv-00650-DAE |

## LEAD PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Lead Plaintiff Laborers' District Council and Contractors' Pension Fund of Ohio moves for a 14-day extension of time within which to file a consolidated or amended complaint and related deadlines, and states the following in support:

1.      On July 30, 2025, the Court granted the parties' joint motion proposing a schedule for the filing of an amended complaint and Defendants' response to the operative complaint. ECF No. 41. Under the current schedule, Lead Plaintiff's deadline for filing an amended complaint is September 26, 2025. *Id.*

2.      A 14-day extension to file the amended complaint is necessary because, while Lead Plaintiff had been working diligently to prepare an amended complaint, the Labor Day and Rosh Hashanah holidays impacted the availability of Lead Counsel Cohen Milstein Sellers & Toll PLLC and delayed its fact investigation. In addition, Lead Counsel's attorneys have been heavily engaged with the press of business, including an argument in another matter before the Third Circuit earlier this month.

1

3.  Lead Plaintiff has diligently litigated this matter and, if the Court grants this motion, will file the amended complaint within the time requested. Lead Plaintiff thus respectfully requests that the Court grant this unopposed motion for a 14-day extension of time and modify the schedule as follows:

a.  Lead Plaintiff will file any amended complaint by October 10, 2025;

b.  Defendants will answer, move to dismiss, or otherwise respond to Lead Plaintiff's amended complaint by December 9, 2025;

c.  Lead Plaintiff will file any opposition to a motion to dismiss by January 23, 2026;

d.  Defendants will file any reply in support of a motion to dismiss by February 23, 2026.

### Prayer

Movant prays that this motion be granted and that the proposed Order be entered.

Dated: September 23, 2025          Respectfully,

                                   /s/ K. B. Battaglini

                                   FORMAN WATKINS & KRUTZ LLP
                                   K. B. Battaglini, Texas Bar No. 01918060
                                   C. Mitch McGuffey (pro hac vice forthcoming)
                                   4900 Woodway Drive, Suite 940
                                   Houston, Texas 77056
                                   713.210.4371
                                   kb.battaglini@formanwatkins.com
                                   mitch.mcguffey@formanwatkins.com

                                   *Liaison Counsel for the Proposed Class*

                                   COHEN MILSTEIN SELLERS & TOLL PLLC
                                   Steven J. Toll (pro hac vice)
                                   Daniel S. Sommers (pro hac vice)
                                   Jan E. Messerschmidt (pro hac vice)
                                   1100 New York Avenue, N.W., Suite 800
                                   Washington, D.C. 20005
                                   (202) 408-4600
                                   stoll@cohenmilstein.com
                                   dsommers@cohenmilstein.com
                                   jmesserschmidt@cohenmilstein.com

                                   *Lead Counsel for the Proposed Class*

## CERTIFICATE OF CONFERENCE

Lead Counsel has conferred with counsel for Defendants regarding this motion who indicate that they do not oppose the relief requested.

                                   /s/ K. B. Battaglini
                                   K. B. Battaglini

## CERTIFICATE OF SERVICE

This will certify that on September 23, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                   /s/ K. B. Battaglini
                                   K. B. Battaglini

3