**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| KEVIN BRADLEY, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>OPEN LENDING CORPORATION, et al.,<br><br>Defendants. | No. 1:25-cv-00650-DAE |

**[PROPOSED] ORDER ON LEAD PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

The Court, having considered Lead Plaintiff Laborers' District Council and Contractors' Pension Fund of Ohio unopposed Motion for Extension of Time to File Amended Complaint, and good cause appearing therefore, **HEREBY ORDERS** that:

1. Lead Plaintiff will file any amended complaint by October 10, 2025;

2. Defendants will answer, move to dismiss, or otherwise respond to Lead Plaintiff's amended complaint by December 9, 2025;

3. Lead Plaintiff will file any opposition to a motion to dismiss by January 23, 2026;

4. Defendants will file any reply in support of a motion to dismiss by February 23, 2026.

Dated: _____, 2025

_____
Hon. David A. Ezra
United States District Judge