## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

KEVIN BRADLEY, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

OPEN LENDING CORPORATION, et al.,

Defendants.

No. 1:25-cv-00650-DAE

## ORDER ON LEAD PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

The Court, having considered Lead Plaintiff Laborers' District Council and Contractors' Pension Fund of Ohio unopposed Motion for Extension of Time to File Amended Complaint, and good cause appearing therefore, **HEREBY ORDERS** that:

1. Lead Plaintiff will file any amended complaint by October 10, 2025;

2. Defendants will answer, move to dismiss, or otherwise respond to Lead Plaintiff's amended complaint by December 9, 2025;

3. Lead Plaintiff will file any opposition to a motion to dismiss by January 23, 2026;

4. Defendants will file any reply in support of a motion to dismiss by February 23, 2026.

Dated: ___September 24___, 2025

_____
Hon. David A. Ezra
United States District Judge