UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| KEVIN BRADLEY, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>OPEN LENDING CORPORATION, et al.,<br><br>Defendants. | No. 1:25-cv-00650-DAE |

## NOTICE OF VOLUNTARY DISMISSAL

Lead Plaintiff Laborers' District Council and Contractors' Pension Fund of Ohio gives notice that, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants. Because a class has not been certified in this action and no defendant has served an answer or motion for summary judgment, dismissal without a court order is appropriate.

1

Dated: October 10, 2025

Respectfully,

/s/ K.B. Battaglini

FORMAN WATKINS & KRUTZ LLP
K.B. Battaglini, Texas Bar No. 01918060
C. Mitch McGuffey (pro hac vice forthcoming)
4900 Woodway Drive, Suite 940
Houston, Texas 77056
(713) 210-4371
kb.battaglini@formanwatkins.com
mitch.mcguffey@formanwatkins.com

*Liaison Counsel for the Proposed Class*

COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll (pro hac vice)
Daniel S. Sommers (pro hac vice)
Jan E. Messerschmidt (pro hac vice)
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
(202) 408-4600
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Lead Counsel for the Proposed Class*

**CERTIFICATE OF SERVICE**

    I, K.B. Battaglini, hereby certify that on October 10, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                   /s/ K.B. Battaglini  
                                                   K.B. Battaglini