IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEVIN BRADLEY, *individually and on behalf of all others similarly situated*, | § § § § | |
| Plaintiff, | § § | |
| | § | No. 1:25-cv-00650-DAE |
| v. | § § | |
| OPEN LENDING CORPORATION, et al., | § § § | |
| Defendants. | | |

ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Plaintiffs' Notice of Voluntary Dismissal, filed on October 10, 2025.  (Dkt. # 44.)  The filing informs the Court that the Plaintiffs seek to dismiss without prejudice all claims in the case.  (Id.)  Pursuant to the filing, the Court hereby **ORDERS** that the case be **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and fees.  The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, October 16, 2025.

_____
David Alan Ezra
Senior United States District Judge